CERTIFICATE OF SERVICE

    I, Scott T Kamin, an attorney, certify that on March 10, 2021, served NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS and WAIVER OF THE SERVICE OF SUMMONS to Defendant of record, via US Mail, to the address listed below.

Chicago Police Officer Vincent Ryan
City of Chicago
Department of Police
3510 S. Michigan Ave.
Chicago, IL 60653

                                               Respectfully,
                                              /s/ Scott T. Kamin
                                           Attorney for Plaintiff

Scott T. Kamin
Law Offices of Scott T. Kamin
55 E. Monroe #3800
Chicago, IL 60603
(312) 307-8848
Ill. Attorney No.: 6226855