### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| JESUS GOMEZ | ) | |
| | ) | Case No. 20 CV 6051 |
| Plaintiff, | ) | |
| | ) | Judge Robert W Gettleman |
| v. | ) | |
| | ) | Magistrate Jeffrey Cummings |
| OFFICER RODARTE #5319 and | ) | |
| OFFICER VINCENT RYAN | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF SCOTT T. KAMIN

**I, SCOTT T. KAMIN**, being first duly sworn, on oath depose and state as follows:

1.  Under the penalty of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, I certify that the statements set forth in this affidavit are true and correct, except as to matters stated to be on information and belief and as such matters I certify that I believe the same to be true.

2.  I am the attorney for JESUS GOMEZ, I have been practicing in this District since 1996, I focus in police misconduct and criminal defense cases, and I am of sound mind and body.

3.  In 2020, I filed the case at issue on behalf of JESUS GOMEZ.

4.  In 2016, I filed my appearance as lead counsel in a pro se case filed by Thomas Bishop (*Bishop v. White et al*, 16 cv 6040 (N.D. Ill).

5.  In 2019, the Bishop case, which had been stayed, became active. The parties exchange pleadings and motions, and some written discovery.

6.      I knew that written and oral discovery were upcoming, and I agreed with attorneys from *Loevy & Loevy* for them to file appearances as co-counsel in Bishop. They filed their appearances on or about December 1, 2019.

7.      The Loevy attorneys were to handle the bulk of discovery and did so until they suddenly withdrew on March 3, 2021. Their lead attorney for discovery quit the firm two weeks before they withdrew.

8.      I was forced to handle the upcoming 10-15 depositions and to get up to date on existing discovery issues.

9.      I have had to withdraw from several cases and to refrain from engaging other clients as a result of my greatly increased responsibility in *Bishop*.

10.     I have been unable to comply with discovery deadlines in the *Gomez* case. I do not expect my increased workload to decrease in the next year.

11.     While I prosecute the 2016 *Bishop* case, I will be unable to properly prosecute the 2020 *Gomez* case.

12.     For one to two years, I will be unable to zealously represent JESUS GOMEZ in the present case.

13.     To my knowledge, Mr. Gomez has not retained new counsel.

14.     I have recommended attorneys to Mr. Gomez who handle police misconduct cases. I will continue to recommend attorneys who might take over representation if necessary and if my motion to withdraw is granted.

   **FURTHER AFFIANT SAYETH NAUGHT**

2

   /s/Scott T. Kamin          
Scott T. Kamin
Affiant