06/12/15

United States District Court
Northern District of Illinois

Notification of Party Contact Information

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

Case Number: 20 cv 6051

Case Title: Gomez v. Rodarte

Judge: Gettleman

Name of Attorney submitting the motion to withdraw: Scott T. Kamin

Name of Client: Jesus Gomez

Mailing address of Client:

City:                                State:

Zip:                Telephone Number: 708-378-9783

email: jesusat119@gmail.com

I attest that the above information is true and correct to the best of my knowledge.

Signed: _S T. K_

Date: 7/23/21