# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF
# ILLINOIS EASTERN DIVISION

| | |
|---|---|
| JESUS GOMEZ, | )<br>)<br>) |
| Plaintiff, | )<br>) Case No. 20 CV 6051<br>) |
| vs. | ) Judge Robert W Gettleman<br>) |
| OFFICER RODARTE #5319 and<br>OFFICER VINCENT RYAN, | ) Magistrate Jeffrey Cummings<br>)<br>) |
| Defendants. | ) |

## MOTION TO WITHDRAW AS COUNSEL

**NOW COMES**, the Movant, JOSHUA B. KUTNICK, Attorney-at-Law, respectfully requests that this Honorable Court enter an Order allowing Movant to withdraw as counsel for the Plaintiff, JESUS GOMEZ and in support thereof states as follows:

1. Plaintiff and Counsel have mutually agreed that Counsel will no longer represent Plaintiff in this matter.

2. Plaintiff wishes to proceed *pro* se until he retains other counsel.

**WHEREFORE**, Petitioner respectfully prays that this Honorable Court grant him authority to withdraw as counsel.

Respectfully Submitted,

s/Joshua B. Kutnick

_____
Movant

**JOSHUA B. KUTNICK**
**900 WEST JACKSON BLVD., STE. 7E**
**CHICAGO, IL 60607**
**312-441-0211**
**joshua@kutnicklaw.com**

1