# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: In the Matter of Jesus Gomez v. Ricardo Rodarte, et al.

Case Number: 20 C 6051

An appearance is hereby filed by the undersigned as attorney for:

Jesus Gomez

Attorney name (type or print): Melissa M. Root

Firm: Jenner & Block LLP

Street address: 353 North Clark Street

City/State/Zip: Chicago, IL 60654-3456

Bar ID Number: 6288246
(See item 3 in instructions)

Telephone Number: 312-222-9350

Email Address: mroot@jenner.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | ✔ | |
| Are you a member of the court's trial bar? | | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 3/3/2022

Attorney signature: S/ Melissa M. Root

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015